✑PROB 34  
(Rev. 3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

CESRA GIRON ZULUETA

CRIMINAL CASE NO.   00-00011-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **August 22, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON  
Acting Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON  
Acting Chief U.S. Probation Officer

cc: Joseph F. Wilson, AUSA  
Basil O'Mallan, Defense Counsel  
Guam Immigration and Customs Enforcement  
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.